

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2019

No. 04-19-00548-CV

**SAN ANTONIO FEDERAL CREDIT UNION,**
Appellant

v.

Mario R. **CANTU,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21715
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

The reporter's record was due on October 16, 2019. On October 15, 2019, the court reporter filed a notification of late record. The notification of late reporter's record is hereby NOTED. Time is extended to October 29, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk